## FIRST DISTRICT.

Mary C. Swanson, appellee, v. Henry A. Staib, appellant. Gen. No. 30,113.

Action to recover value of household furniture withheld by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Vincent P. Pace, for appellant. James H. Perkinson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Joseph K. Bell, appellee, v. William E. Dever et al., appellants. Gen. No. 30,128.

Mandamus to compel issuance of license to sell soft drinks. Judgment for petitioner. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed. Opinion filed October 6, 1925.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder and Bernard A. Conlon, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Herbert Prentice Crane, Jr., for use of Frederick A. Bangs, appellee, v. Illinois Merchants Trust Company, appellant. Gen. No. 30,138.

Action upon note. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on opinion in 238 Ill. App. 257. Opinion filed October 6, 1925.

McCulloch & McCulloch, for appellant; William D. Doggett, of counsel. Bangs & Frankhauser, for appellee.

Mr. Justice Fitch delivered the opinion of the court.